3. James Steel, sworn.

4. Elsy Kinney, sworn.

5. Thomas Pepper, sworn.

Submitted without argument or charge. Verdict, guilty.

Judgment, fourfold—[$]1.32. Twenty-one lashes. Wear T for six months. Pay costs, and committed.

### STATE v. JAMES WALLS and LEVIN WALLS.

Court of Quarter Sessions. Sussex. April 18, 1831.

*Stout's Notes.*

*Wooten* [for State]. *P.P.* [for defendants].

1. Isaac Jones, sworn. Proves throwing eggs at his wife and other things harder than eggs.

2. John H. Elligood, sworn. Mrs. Jones came running into my house to take refuge against some persons throwing eggs at her, did not know who threw the eggs. She went away, and soon returned screaming, saying she believed they would take her life. Two or three followed her husband to my porch throwing eggs at him, saw James Walls in my porch, pushed him out, don't know who threw the eggs. Don't know that I saw Levin Walls. It was dark. I saw several persons in the street.

1. John Mumford, sworn. I was with James Walls that night till half after 10 o'clock. Saw him throw no eggs.

2. Samuel Butler, sworn. Levin Walls was with me till half after 10 o'clock. I did not see him throw eggs.

3. John Walls, sworn.

Submitted without argument or charge. Verdict: James Walls guilty; Levin Walls not guilty.

Judgment, fined $1.00. Imprisoned one month. Pay costs, and committed.